UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> GUADALUPE PONCE - OJEDA ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08mj2111 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,     Leo S. Papas

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

LUZ EVELIA ANAYA - TRUJILLO

DATED: 7/22/8

RECEIVED _____
              DUSM

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by J. Jarabek
              Deputy Clerk

**J. JARABEK**